# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MGM RESORTS INTERNATIONAL DESIGN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 2:12-cv-00639-MMD-PAL

**ORDER**

(Substitution of Counsel - Dkt. #31)

This matter is before the court on a Substitution of Counsel (Dkt. #31). It seeks to substitute Jeremy N. Hendon in the place and stead of Andy R. Camacho as counsel for Defendant United States of America. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiff filed its Complaint for Interpleader (Dkt. #1) on April 17, 2012. Plaintiff's Motion to Deposit Funds for Interpleader (Dkt. #30) is pending before the district judge.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Defendant United States of America's request to substitute Jeremy N. Hendon in the place and stead of Andy R. Camacho is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 24th day of September, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE