KATHRYN KENEALLY
Assistant Attorney General

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile:  (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Western.TaxCivil@usdoj.gov

Attorneys for the United States of America

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL DESIGN, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; SILVERMAN HOLDINGS, LLC d/b/a Argent Custom Furniture, a California limited liability company; ARGENT CUSTOM FURNITURE, INC., a Nevada corporation; ARGENT CUSTOM FURNITURE, LLC, a California limited liability company; and DOES 1 TO 10, inclusive,<br><br>Defendants. | CIVIL No. 2:12-cv-00639-MMD-PAL<br><br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND FOR DISBURSEMENT OF INTERPLEAD FUNDS** |

Plaintiff MGM Resorts International Design ("MGM") and the Defendants who have not

been defaulted, United States of America ("United States") and Argent Custom Furniture, Inc.

1

("Argent"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. MGM owes money to an entity that has performed services for it;

2. MGM is unsure, however, as to which of the defendants it is required by law to pay those funds and is concerned that if it were to pay the funds to one of the defendants, then it would face liability from the other defendants for making that choice;

3. MGM brought this interpleader action seeking (a) to be allowed to deposit the funds with the registry of the Court, (b) an order that the defendants be enjoined from instituting any action against MGM for recovery of any of the funds, (c) an order that the defendants be required to interplead and settle among themselves their rights to the funds, and (d) an order that MGM be discharged from all liability;

4. The United States has a senior interest as to all parties to the funds;

5. Based on the foregoing, the Court should enter an order that judgment be entered in this case providing the following:

    a. MGM, at its earliest convenience, deposit and pay into the registry of this Court the interpleader fund at issue which totals $97.818.70;

    b. MGM be discharged from any and all liability whatsoever as to the $97.818.70 interplead;

    c. all of the defendants are perpetually enjoined and restrained from making any further claim against MGM from recovery of the $97.818.70 or anything growing out of the same;

    d. the United States has a senior interest in the $97.818.70 interplead as to all parties and is therefore entitled to a distribution of the $97.818.70 interplead;

9250347.2

  e. that once MGM deposits and pays the funds into the registry of this Court, the Clerk of Court is directed to disburse the entire amount of the interplead funds, totalling $97,818.70, to the United States;

  f. that the IRS will apply the $97.818.70 interplead to the two tax liabilities listed on the Notice of Levy dated November 2, 2011, for taxpayer Argent Custom Furniture, LLC, as attached as Exhibit 4 to the complaint, and if those liabilities have been otherwise satisfied by the time the IRS receives the $97.818.70 interplead, then to any other outstanding federal tax liability of Argent Custom Furniture, LLC; and

  g. each party shall bear its respective fees and costs associated with this action.

DATED this 10th day of December, 2012.

*[signature]*
JOHN E. BRAGONJE, ESQ (SBN 9519)
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Attorney for MGM Resorts International Design

DATED this 10th day of December, 2012.

KATHRYN KENEALLY
Assistant Attorney General

*[signature]*
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

Attorneys for the United States of America

9250347.2

1  DATED this 7 day of December, 2012.

_____
NIKOLL NIKCI, ESQ.
THE NIKCI LAW FIRM, LTD.
3651 Lindell Road, Ste. D
Las Vegas, NV 89103

Attorney for Argent Custom Furniture, Inc.

9250347.2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION FOR ENTRY OF JUDGMENT AND FOR DISBURSEMENT OF INTERPLEAD FUNDS** has been made this 11th day of December, 2012, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to the following:

| | |
|---|---|
| JOHN E. BRAGONJE, ESQ.<br>SCOTT Y MACTAGGART, ESQ.<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>jbragonje@lrlaw.com<br>smactaggart@lrlw.com<br>Attorneys for Plaintiff/Stakeholder MGM Resorts International Design | NIKOLL NIKCI, ESQ.<br>THE NIKCI LAW FIRM, LTD.<br>3651 Lindell Road, Ste. D<br>Las Vegas, NV 89103<br>nnikci@gmail.com<br>Attorneys for Defendant Argent Custom Furniture, Inc. |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

9250347.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL DESIGN, a Nevada corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; SILVERMAN HOLDINGS, LLC d/b/a Argent Custom Furniture, a California limited liability company; ARGENT CUSTOM FURNITURE, INC., a Nevada corporation; ARGENT CUSTOM FURNITURE, LLC, a California limited liability company; and DOES 1 TO 10, inclusive,<br><br>             Defendants. | CIVIL No. 2:12-cv-00639-MMD-PAL<br><br>**JUDGMENT AND ORDER DIRECTING DISBURSEMENT OF INTERPLEAD FUND** |

     Based on the parties' Stipulation for Entry of Judgment and Disbursement of Interplead Funds and for good cause shown, JUDGMENT is hereby entered as follows:

     1.    IT IS ORDERED, ADJUDGED, AND DECREED that MGM, at its earliest convenience, deposit and pay into the registry of this Court the interpleader fund at issue which totals $97.818.70;

2.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that MGM be and it is hereby discharged from any and all liability whatsoever as to the $97.818.70 interpleader fund;

3.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all of the defendants are perpetually enjoined and restrained from making any further claim against MGM from recovery of the $97.818.70 interpleader fund or anything growing out of the same;

4.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America has a senior interest in the $97.818.70 interpleader fund as to all parties and is therefore entitled to a distribution of the $97.818.70 interpleader fund;

5.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that once MGM deposits and pays the funds into the registry of this Court, the Clerk of Court is directed to disburse the entire amount of the $97,818.70 interpleader fund, to the United States of America by issuing a check made payable to "United States Treasury" with "MGM Resorts International Design v. United States" written in the memo line and mailed to:

> Office of Review, Tax Division
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044

6.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its respective fees and costs associated with this action.

Dated December 11, 2012, ____.

_____
UNITED STATES DISTRICT JUDGE

2

9250639.2

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **JUDGMENT AND ORDER DIRECTING DISBURSEMENT OF INTERPLEAD FUND** has been made this 11th day of December, 2012, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to the following:

| JOHN E. BRAGONJE, ESQ.<br>SCOTT Y MACTAGGART, ESQ.<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>jbragonje@lrlaw.com<br>smactaggart@lrlw.com<br>Attorneys for Plaintiff/Stakeholder MGM Resorts International Design | NIKOLL NIKCI, ESQ.<br>THE NIKCI LAW FIRM, LTD.<br>3651 Lindell Road, Ste. D<br>Las Vegas, NV 89103<br>nnikci@gmail.com<br>Attorneys for Defendant Argent Custom Furniture, Inc. |
|---|---|

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

3

9250639.2